CIVIL NON-JURY TRIAL OR MOTION HEARING          Date:    March 5, 2019
MINUTE SHEET

| UNITED STATES DISTRICT COURT | Eastern District of Virginia - Richmond Division |
|---|---|
| *CASE TITLE*<br><br>**MALCOLM X. SHEPPARD**<br>v.<br>**THE VISITORS OF VIRGINIA STATE UNIVERSITY, et al.** | *CASE NO*:  3:18CV00723-HEH<br><br>*JUDGE:*  Hudson, SUSDJ<br><br>*COURT REPORTER*:  Harding, OCR |

MATTER ON FOR:     (   ) Bench Trial  (**X**) Motion Hearing   (   ) OTHER: _____

APPEARANCES:          __Plaintiff with counsel; defendants by counsel_____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF PLAINTIFF(S) (   )    DEFENDANT(S) (   )    COURT (   )
OPENING STATEMENTS MADE (   ) OPENING WAIVED (   )
PLAINTIFF(S) ADDUCED EVIDENCE (   ) RESTED (   )  MOTION (   ) _____
DEFENDANT(S) ADDUCED EVIDENCE (   ) RESTED (   )  MOTION (   ) _____
REBUTTAL EVIDENCE ADDUCED (   )  SUR-REBUTTAL EVIDENCE ADDUCED (   )
EVIDENCE CONCLUDED (   )   ARGUMENTS OF COUNSEL HEARD (   )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH (   )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT (   )
COURT FOUND IN FAVOR OF PLAINTIFF(S) (   )  MONETARY AWARD _____
COURT FOUND IN FAVOR OF DEFENDANTS (   ) _____
CLERK TO ENTER JUDGMENT ON DECISION (   )   TRIAL EXHIBITS RETURNED TO COUNSEL (   )
CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

**ADDITIONAL NOTATIONS:**

Matter came on for hearing on Defendants' Motion to Dismiss (CM/ECF no. 5).
Argument heard.
Motion taken under advisement by the Court; Memorandum Opinion to enter.
Initial Pretrial Conference to be held in chambers.

_____
*Counsel for Plaintiff:*

• Scott G. Crowley, Esq.

_____
*Counsel for Defendants:*

• Sandra S. Gregor, Esq. and Ronald N. Regnery, Esq.

_____

SET  10:00 a.m.      BEGAN  10:00 a.m.      ENDED  10:34 a.m.      TIME IN COURT  0:34